rc&# 3029838  $402.00

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Jovan Hill

[You are the PLAINTIFF, print your full name on this line.]

v.

Lakeland School Corporation

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:22 cv 858

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Lakland School Corporation | 0825 East 075 N Lagrange, IN 46761 |
| 2 | [Put the names of any other defendants in these boxes.] Lakeland Educators Association Chapter of Indiana State Teachers Association | 150 West Market Street Ste.900 Indianapolis, IN 46204 |
| 3 | Eva Merkel, Jenny Landez, Robert Albaugh, and Sherry Severson | 0825 East 075 N. Lagrange, IN 46761 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __2__

2. What is your address? 732 South 11th street , Niles MI. 49120 suite129

3. What is your telephone number: (313) 221-3238

4. Have you ever sued anyone for these exact same claims?
   - ④ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I am a black man, associated with a disabled individual, who work for Lakeland School Corporation on or about August 12, 2020, until I was terminated on February 3, 2021. I am deeply saddened to file this charge about the moral, ethical, racial and inhumane treatment that was displayed by Lakeland School Corporation concerning my employment. My job title was 8th grade science teacher. My immediate supervisor was Robert Albaugh, Principal. Robert Albaugh said to me that the cards were stacked against me after being subjected to a co-worker's argumentative conjectures on August 30, 2020. During my employment, I was denied equal terms and conditions due to my race. Throughout my employment, I was denied a reasonable accommodation to support my disabled wife. On February 3, 2021. I was terminated by Jenny Landez, Human Resource Director and Eva Merkel, former superintendent. The reason I was given was the school does not offer virtual teaching positions and I had no contract with the school. During my employment, Lakeland School Corporation took money out of my check for benefits, but denied me to use the benefits. I believe I have been discriminated against due to my association with a person with a known disability and/ or my race (Black).

2. I came to Lakeland School Corporation in August of 2020 needing a job and support to be successful as a new teacher. The Lakeland School Corporation's Human resource department did not do their job. According to the Indiana Office of Educator Licensing, a petition for an emergency license should have been requested on my behalf sometime within the first 30 days of my employment. I sent emails about my contract, but no one took the time to work with me on it. Instead, the sole responsibility of it was placed on me. The petition was never sent in by

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

Lakeland School Corporation, nor was I supported to acquire it. I was teaching in a subject that is one of many critical shortage areas statewide. It was the district's responsibility to support and follow through on securing and retaining employees and teacher retention. I am a highly qualified teacher and came from teaching on a college level. I have a four-year degree, a master's degree and two years of graduate studies toward my doctoral degree.
(Paragraphs 3 and 4 are on attached page.)

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?
- ● No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?
I would like the defendent to pay monetary compensation.

**FILING FEE** – Are you paying the filing fee?
- ● Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ○ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]
- JH   I will keep a copy of this complaint for my records.
- JH   I will promptly notify the court of any change of address.
- JH   I declare **under penalty of perjury** that the statements in this complaint are true.

Signature: [signed]
Date: 10/11/2022

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

3. I came to Lakeland School Corporation qualified to be an administrator. Lakeland School Corporation district wanted to keep me as a non-certified, non-contracted teacher. Why, when they needed certified teachers? I brought up many issues concerning my job, securing my position with Lakeland School Corporation and securing my contract as a teacher. I wanted a permanent teaching position with the district as anyone else would to support their family. No employee helped me, except to fire me after knowing my wife's diagnosis (Cancer). The human resource director (Jenny Landez) was ready to put me on a leave of her choosing but was not expedient about the five months I worked for Lakeland School Corporation with no contract and no emergency license. This meant no job security. Ms. Landez was so anxious to terminate my employment because our family was not covered. I never told this district upfront what I was dealing with at home. I came to Lakeland School Corporation only needing the school administrator (Robert Albaugh), superintendent (Eva Merkel), and human resources to do their job. I wanted to teach and become an Indiana certified teacher with my credentials and give families a great learning experience. The union with the support of the co-president (Sherry Severson) had a duty to assist me and address issues with Lakeland School Corporation but did nothing to assist me.

4. When I started working in Lakeland School Corporation, there were no Blacks in any teaching positions in the entire school district. I never saw any Blacks working in any staff or volunteer positions at any of the schools in the district. I only saw myself as the only Black working in the district. While at Lakeland Jr/Sr High School for the 2020/2021 school year, I saw one staff member that appeared to be a man of color. However, due to colorism, that same man could cut his hair and wear it to appear as being Italian or Eastern European, or some culture that is considered white. The only time I saw anyone of color that was working in Lakeland School Corporation was in the capacity of a janitor. Therefore, I was the only Black working in the school district that was openly known and identified to be Black. There was a Black gentleman that worked for the LaGrange County as part of an alternative school program, but the program was housed in Lakeland Jr/Sr High School. His name was Marc Satterfield, known respectfully as the "Sarge" due to being a retired US Army Staff Sargent. As of August 9, 2021, Lakeland School Corporation hired Orlando Pearson as the Transportation Director, who is clearly Black. Orlando Pearson's hiring was after my wife wrote Lakeland School Corporation stating that the district was racist and treated me horribly because I was Black. Lakeland School Corporation nor the Union never responded to my wife's letter.