AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

JOVAN HILL
*Plaintiff(s)*

v.        Civil Action No. 3:22 CV 858

LAKELAND SCHOOL CORPORATION
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SHERRY SEVERSON
0825 EAST 075 N., LAGRANGE, IN 46761

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

732 SOUTH 11TH STREET, NILES, MI 49120
SUITE 129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GARY T. BELL, CLERK OF COURT

Date: _____       _____
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

JOVAN HILL
_____
Plaintiff(s)

v.

LAKELAND SCHOOL CORPORATION
_____
Defendant(s)

Civil Action No. 3:22CV858

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ROBERT ALBAUGH
0825 EAST 075 N., LAGRANGE, IN 46761

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

732 SOUTH 11TH STREET, NILES, MI 49120
SUITE 129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GARY T. BELL, CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

JOVAN HILL
_____
Plaintiff(s)

v.

LAKELAND SCHOOL CORPORATION
_____
Defendant(s)

Civil Action No. 3:22CV858

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JENNY LANDEZ
0825 EAST 075 N, LAGRANGE, IN 46761

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

732 SOUTH 11TH STREET, NILES, MI 49120
SUITE 129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GARY T. BELL, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

JOVAN HILL
_____
Plaintiff(s)

v.

LAKELAND SCHOOL CORPORATION
_____
Defendant(s)

Civil Action No. 3:22CV858

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EVA MERKEL
0825 EAST 075 N, LAGRANGE, IN 46761

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

732 SOUTH 11TH STREET, NILES, MI 49120
SUITE 129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GARY T. BELL, CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOVAN HILL
_____
Plaintiff(s)

v.

LAKELAND SCHOOL CORPORATION
_____
Defendant(s)

Civil Action No. 3:22CV858

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LAKELAND EDUCATORS ASSOCIATION CHAPTER
OF INDIANA STATE TEACHERS ASSOCIATION
150 WEST MARKET STREET SUITE 900, INDIANAPOLIS, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

732 SOUTH 11TH STREET, NILES, MI 49120
SUITE 129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GARY T. BELL, CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

JOVAN HILL
_____
Plaintiff(s)

v.

LAKELAND SCHOOL CORPORATION
_____
Defendant(s)

Civil Action No. 3:22CV858

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

LAKELAND SCHOOL CORPORATION
0825 EAST 075 N, LAGRANGE, IN 46761

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

732 SOUTH 11TH STREET, NILES, MI 49120
SUITE 129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GARY T. BELL, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*